UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL F. SOARES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM VARNER, et al.,<br><br>    Defendants. | Case No. 21-CV-04526-LHK<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 30 |

On September 27, 2021, Defendant Sunoco ("Sunoco") filed a motion to dismiss for lack of personal jurisdiction and for failure to state a claim. ECF No. 30. On November 5, 2021, Plaintiff filed a notice stating that Plaintiff does not oppose Sunoco's motion to dismiss and requesting that the Court dismiss Plaintiff's claims against Sunoco without prejudice. ECF No. 39. Thus, Plaintiff has failed to respond to Sunoco's contentions that this Court lacks personal jurisdiction over Sunoco and that Plaintiff has failed to state a claim against Sunoco. Plaintiff filed this lawsuit against Sunoco on June 11, 2021, which required that Sunoco hire counsel and file a motion to dismiss. If Plaintiff has any claims against Sunoco, Plaintiff must litigate them in this lawsuit which Plaintiff initiated. Leave to amend in this instance would unduly prejudice Sunoco, cause undue delay, and be futile. *Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522,

532 (9th Cir. 2008).  Thus, the Court GRANTS Sunoco's motion to dismiss with prejudice and vacates the January 27, 2022 hearing on that motion.

**IT IS SO ORDERED.**

Dated: November 11, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge